This document was signed electronically on October 6, 2016, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: October 6, 2016



Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re: Sandra D Fleming-Brooks ) Case No. 15-17263
) Chapter 13 Proceedings
Debtor ) Judge Pat E. Morgenstern-Clarren

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO ALLOWANCE OF
### LATE-FILED COURT CLAIM NO. 7 FILED BY PNC BANK

This case came to be heard on September 27, 2016 upon the Trustee's Objection to Allowance of Late-Filed Court Claim No. 7 as filed by PNC Bank ("Trustee's Objection").

**IT APPEARS** to the Court that the claimant failed to file a timely response or a request for hearing in response to the Trustee's Objection, and accordingly the Trustee's Objection will be sustained.

**IT IS, THEREFORE, ORDERED** that the Trustee's Objection be and it hereby is sustained; and

**IT IS FURTHER ORDERED** that Court Claim No. 7 as filed by PNC Bank be and it hereby is disallowed as to any unsecured portion.

Submitted by:
/s/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee, (served via ECF)

Office of the U.S. Trustee, (served via ECF)

Renee Heller, Attorney for Debtor (served via ECF)

Sandra D Fleming-Brooks, Debtor, at 381 West Inverness, Cleveland OH 44143

PNC Bank, at P.O. Box 94982, Cleveland OH 44101

CS/bas
08/22/16

###